IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sur Novel,

        Plaintiff,

   v.

State of New York, Supreme Court, et al.,

        Defendants.

Case No. 2:13-cv-698

Judge Graham

Magistrate Judge Abel

OPINION AND ORDER

This matter is before the Court on plaintiff Sur Novel's motion for temporary restraining order and preliminary injunction. Plaintiff seeks an order prohibiting the defendant State of New York Supreme Court, Appellate Division, Third Judicial Department from suspending his law license. This Court may not stay or otherwise grant plaintiff relief from an order of a New York Court. "The Rooker-Feldman doctrine bars lower federal courts from conducting appellate review of final state-court judgments because 28 U.S.C. § 1257 vests sole jurisdiction to review such claims in the Supreme Court." Berry v. Schmitt, 688 F.3d 290, 289 (6th Cir. 2012) (citing Exxon Mobil Corp. v. Saudi Basic Indus. Corp, 544 U.S. 280, 291 (2005)). Plaintiff's motion (doc. 3) is DENIED.

Plaintiff is further ORDERED to show cause why this case is not subject to dismissal on sovereign immunity grounds. Within 20 days of receipt of this order, plaintiff shall file a show-cause memorandum not exceeding 20 pages.

IT IS SO ORDERED.

                                                S/ James L  Graham
                                                James L. Graham
                                                UNITED STATES DISTRICT JUDGE

Date: July 17, 2013